### 396.  TATUM *et al. v.* THE STATE.

HILL, C. J.  1. Proof of the corpus delicti is the first essential fact in a criminal charge; and where it is not shown beyond a reasonable doubt, a conviction would be unlawful.

2. There was no evidence in this case that the crime charged had been committed; and the verdict should have been set aside and a new trial granted.  *Judgment reversed.*

Accusation of larceny from house, from city court of Sylvester —Judge Park.  February 23, 1907.

Submitted April 22,—Decided May 9, 1907.

*Payton & Hay,* for plaintiffs in error.

*J. H. Tipton, solicitor,* contra.